# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$95,198.80, in U.S. CURRENCY and ASSORTED COLLECTIBLE COINS, NOTES, SILVER BARS, and GOLD-PLATED CURRENCY, VALUED AT $7,021.80,<br><br>Defendants. | CV 22-09-GF-BMM<br><br>ORDER GRANTING MOTION TO STRIKE AND ENTERING DEFAULT JUDGMENT AGAINST CLAIMANT, LELAND LAPIER, JR., POTENTIAL CLAIMANT, CHEYENNE PETERSON, AND ANY UNKNOWN POTENTIAL CLAIMANTS. |

Having considered Defendant United States' Motion to Strike Claim and Answer, and Enter Default Judgment against Claimant, Leland Lapier, Jr., potential claimant, Cheyenne Peterson, and any unknown potential claimants, filed on January 19, 2023, (Doc. 16) and no response having been filed within 21 days as required by Local Rule 7.1 (d)(1)(B)(i), and good cause being presented in the

1

Brief and Declaration in Support of Motion to Strike Claim and Enter Default Judgment against Claimant, Leland Lapier, Jr., potential claimant, Cheyenne Peterson, and any unknown potential claimants, filed on January 19, 2023, (Docs. 17-18), the Court hereby **GRANTS** the relief requested therein. Claimant, Leland Lapier Jr.'s Verified Statement of Claim (Doc. 7) and Answer (Doc. 6) are hereby stricken from the record, and default judgment be entered against Claimant Leland Lapier, Jr., potential claimant, Cheyenne Peterson, and any unknown potential claimants.

      **DATED** this 13th day of February, 2023.

_/s/ Brian Morris_
Brian Morris, Chief District Judge
United States District Court